# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MARVIN OLD CHIEF,<br><br>Defendant. | CR 16-38-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant John Marvin Old Chief (Old Chief) has been accused of violating the conditions of his supervised release. Old Chief admitted all of the alleged violations, except alleged violation 1. The Court dismissed alleged violation 1 on the government's motion. Old Chief's supervised release should be revoked. Old Chief should be placed in custody for 60 days, with 34 months of supervised release to follow. Old Chief should serve the first 60 days of supervised release in a secure inpatient drug treatment facility.

## II. Status

Old Chief pleaded guilty to Conspiracy to Possess with Intent to Distribute Methamphetamine on September 27, 2016. (Doc. 21). The Court sentenced Old

Chief to 52 months of custody, followed by 3 years of supervised release. (Doc. 25). Old Chief's current term of supervised release began on July 22, 2020. (Doc. 31 at 1).

**Petition**

The United States Probation Office filed an Amended Petition on January 4, 2021, requesting that the Court revoke Old Chief's supervised release. (Doc. 31). The Amended Petition alleged that Old Chief had violated the conditions of his supervised release: 1) by possessing a firearm; 2) by using methamphetamine on two separate occasions; and 3) by failing to report to his probation officer as directed on two separate occasions.

**Initial appearance**

Old Chief appeared before the undersigned for his initial appearance on January 12, 2021. Old Chief was represented by counsel. Old Chief stated that he had read the petition and that he understood the allegations. Old Chief waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a joint revocation hearing in this case and in Cause CR 16-48-GF-BMM-JTJ on January 12, 2021. Old Chief admitted that he had

violated the conditions of his supervised release: 1) by using methamphetamine on two separate occasions; and 2) by failing to report to his probation officer as directed on two separate occasions. The Court dismissed alleged violation 1 on the government's motion. The violations that Old Chief admitted are serious and warrant revocation of Old Chief's supervised release.

Old Chief's violations are Grade C violations. Old Chief's criminal history category is I. Old Chief's underlying offense is a Class C felony. Old Chief could be incarcerated for up to 24 months. Old Chief could be ordered to remain on supervised release for up to 36 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III. Analysis

Old Chief's supervised release should be revoked. Old Chief should be incarcerated for 60 days, with 34 months of supervised release to follow. This sentence is sufficient but not greater than necessary. Old Chief should serve the first 60 days of supervised release in a secure inpatient drug treatment facility.

### IV. Conclusion

The Court informed Old Chief that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Old Chief of his right to object to these Findings and Recommendations

3

within 14 days of their issuance. The Court explained to Old Chief that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That John Marvin Old Chief violated the conditions of his supervised release: by using methamphetamine on two separate occasions; and by failing to report to his probation officer as directed on two separate occasions.

The Court **RECOMMENDS:**

> That the District Court revoke Old Chief's supervised release and commit Old Chief to the custody of the United States Bureau of Prisons for 60 days, with 34 months of supervised release to follow. Old Chief should serve the first 60 days of supervised release in a secure inpatient drug treatment facility. This sentence should run concurrent with the sentence imposed in CR 16-48-GF-BMM-JTJ.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure

4

to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 13th day of January, 2021.

                                        John Johnston
                                        United States Magistrate Judge