IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MARVIN OLD CHIEF,<br><br>Defendant. | CR 16-38-GF-BMM-JTJ<br><br>**ORDER** |

The Court conducted a joint revocation hearing in this case and in Cause CR 16-48-GF-BMM-JTJ. For the reasons discussed in open court,

IT IS HEREBY ORDERED:

1. The revocation petition filed on January 19, 2022, is DISMISSED.

2. John Marvin Old Chief (Old Chief) shall remain on supervised release subject to the release conditions imposed previously and the following new condition:

    a. Old Chief must serve 2 months of supervised release in a secure inpatient drug treatment facility as directed by his probation officer. Old Chief must abide by all rules and regulations of the drug treatment facility. Old Chief must successfully complete his drug treatment program.

3. Old Chief must report to the federal probation office in

Browning, Montana no later than 12:00 (noon) on February 10, 2022.

DATED this 9th day of February, 2022.

                                                              John Johnston
                                                              United States Magistrate Judge